UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 04-cv-256-HRW

JENNIFER HINTON.                                                                                                       PLAINTIFF,

v.                                         **JUDGMENT**

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,            DEFENDANT.

In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

    B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby;

    C.     this action is **STRICKEN** from the active docket of the Court.

This July 6, 2005.



Signed By:
Henry R Wilhoit Jr.
United States District Judge